No. 73–1808. LAING *v.* UNITED STATES ET AL. C. A. 2d Cir. Certiorari granted and case set for oral argument with No. 74–75, immediately *infra.* 

No. 74–75. UNITED STATES ET AL. *v.* HALL. C. A. 6th Cir. Certiorari granted and case set for oral argument with No. 73–1808, immediately *supra.* 

No. 73–2050. UNITED STATES *v.* ORTIZ. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted and case set for oral argument with Nos. 73–6848 and 74–114, immediately *infra.*

No. 73–6848. BOWEN *v.* UNITED STATES. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted and case set for oral argument with No. 73–2050, immediately *supra,* and No. 74–114, immediately *infra.* 

No. 74–114. UNITED STATES *v.* BRIGNONI-PONCE. C. A. 9th Cir. Certiorari granted and case set for oral argument with Nos. 73–2050 and 73–6848, immediately *supra.* 

No. 73–6336. ROGERS *v.* UNITED STATES. C. A. 5th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. 

No. 74–5140. CASSIUS *v.* ARIZONA. Sup. Ct. Ariz. Motion for leave to proceed *in forma pauperis* and certiorari granted. 